IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRIAN JOHNSON                                                                              PLAINTIFF

vs.                                      CASE NO. 5:04CV00435GH

BOB FONTAINE, ET AL..                                                                   DEFENDANTS

## JUDGMENT

In accordance with Fed. R. Civ. P. 68, judgment is entered in favor of plaintiff and against defendants in the amount of $21,000.00 together with costs accrued to date and reasonable attorney's fees to be determined by separate agreement between the parties or by the Court.

IT IS SO ORDERED this 7th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE