IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRIAN JOHNSON                                                          PLAINTIFF

vs.                          CASE NO. 5:04CV00435GH

BOB FONTAINE, ET AL..                                                 DEFENDANTS

## ORDER

On motion of plaintiff, for good cause shown, plaintiff shall have until July 25, 2005, to file an application for attorney's fees and costs.

IT IS SO ORDERED this 11th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE